**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 15, 2014**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00189-CV

**KEN OKORIE AND LINDA OKORIE, Appellants**

**V.**

**OCWEN LOAN SERVICING, LLC, Appellee**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2012-13966**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 6, 2014. On July 3, 2014, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.